UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 416-379 |
| JARVIS T. QUARTERMAN | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ~~LEAVE OF COURT~~

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **JARVIS T. QUARTERMAN** without prejudice.

SO ORDERED, this 8th day of June, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA